UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                           CHAPTER 13
KELSEY J O'NEAL,                            CASE NO. 17-42582-MAR
DEBTOR.                                     JUDGE MARK A RANDON

_____/

TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and supplements her objections to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1.      Trustee objects to debtor's failure to file a Proof of Service reflecting compliance with E. D. Mich. LBR 1009-1 for the added creditors on the amended Schedule E/F.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                          OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                          KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

June 26, 2017              _____/s/ Margaret Conti Schmidt_____
                          Krispen S. Carroll (P49817)
                          Margaret Conti Schmidt (P42945)
                          Maria Gotsis (P67107)
                          719 Griswold Street, Ste 1100
                          Detroit, MI  48226
                          (313) 962-5035
                          notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                                    CHAPTER 13
KELSEY J O'NEAL,                                     CASE NO. 17-42582-MAR
DEBTOR.                                              JUDGE MARK A RANDON

_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S**

**SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the

Court using the ECF system which will send notification of such filing to the following:

BERMAN & BISHOP
24405 GRATIOT
EAST POINTE, MI  48021-0000

and I hereby certify that I have mailed by United States Postal Service the above

mentioned documents to the following non-ECF participants:

KELSEY J O'NEAL
15536 COLLINSON
EASTPOINTE, MI  48021-0000


June 27, 2017                          _____/s/ Barbara A. Ecclestone_____
                                       Barbara A. Ecclestone
                                       For the Office of the Chapter 13 Trustee-Detroit
                                       719 Griswold Street, Ste 1100
                                       Detroit, MI  48226
                                       (313) 962-5035
                                       notice@det13ksc.com